894

No. 353. MRVICA v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Edith Lowenstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, L. Paul Winings* and *Charles Gordon* for respondent.

No. 361. JACKSON ET AL., TRUSTEES, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *Edward L. Compton, Paul Burks* and *John C. Argue* for petitioners. *Solicitor General Cox* for the United States.

No. 283. ORKIN EXTERMINATING CO., INC., v. GULF COAST RICE MILLS. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *John D. Richardson* for petitioner. *Lamar Carnes* for respondent.

No. 327. ROSS v. UNITED STATES; and

No. 431. GORDON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* and *Milton S. Gould* for petitioner in No. 327. *Jacob W. Friedman* for petitioner in No. 431. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States. Reported below: 321 F. 2d 61.

No. 348. BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY ET AL. v. DAVIS ET AL. C. A. 5th Cir. Certiorari denied. *George F. Wood, Palmer Pillans* and *Joseph F. Johnston* for petitioners.